Roy Jones, Appellant, v Rene Petties-Jones, Respondent. [879 NYS2d 779]—Appeal from a judgment of the Supreme Court, Erie County (Deborah A. Haendiges, J.), entered December 6, 2007 in a divorce action. The judgment, insofar as appealed from, directed plaintiff to pay to defendant child support in the amount of $400 per week.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Centra, Peradotto, Green and Gorski, JJ.